## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ONN RAPEIKA, | : | Civil Action No. 19-6612-ES-AME |
| Plaintiff, | : | **ORDER of ADMINISTRATIVE TERMINATION PENDING MEDIATION** |
| v. | : | |
| BOROUGH OF FORT LEE, et al., | : | |
| Defendants. | : | |

The Court having held a telephonic conference on August 12, 2025, during which the parties provided an update on the status of discovery and their private mediation efforts; and

**WHEREAS** fact discovery is now complete, except for a limited follow-up inquiry concerning a surveillance video and a forthcoming response to a document subpoena, *see* D.E. 89; and

**WHEREAS** the parties advised they have agreed to engage in voluntary, private mediation, scheduled to take place on the mediator's earliest availability of October 14, 2025, and requested that expert discovery be deferred until they have completed mediation; and

**WHEREAS** the Court finds good cause to administratively terminate this action pending mediation; therefore,

**IT IS** on this 13th day of August 2025,

**ORDERED** that the parties shall complete mediation no later than October 14, 2025; and it is further

**ORDERED** that pending the completion of mediation, this action shall be **ADMINISTRATIVELY TERMINATED**, without prejudice to restoration to the active docket in the event the parties fail to reach a negotiated resolution; and it is further

**ORDERED** that, upon the conclusion of mediation but no later than October 21, 2025, the parties shall file a joint letter advising whether all claims have been settled. If not, the letter shall request the action be restored to the docket and set forth a proposed schedule for expert discovery. Given the age of this action, the Court expects aggressive deadlines for the exchange of reports; and it is further

**ORDERED** that the next telephonic conference will be held on **December 4, 2025, at 2:00 p.m.**, to be joined by dialing 973-437-5535, access code 530 674 017#. A joint status letter shall be filed on or before December 2, 2025.

      /s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge