

| | Harry D. Norton, Jr.<br>Phone: 201.614.6352<br>hnorton@hallboothsmith.com | 15 E. Midland Ave.<br>Suite 3A<br>Paramus, NJ 07652 |

Office: 201.614.6350
Fax: 201.730.6254
www.hallboothsmith.com

October 7, 2025

Honorable Andre M. Espinosa
United States Magistrate Judge for the District of New Jersey
Martin Luther King Boulevard & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    **Onn Rapeika vs. Borough of Fort Lee, et al**
            Civil Action No.:  19-6612-JMV-AME
            Our File No.:     13498.0001(HDN)

Dear Judge Espinosa:

      As you are aware, I represent the defendants with respect to the captioned matter.

      The matter was scheduled for Mediation before Judge Grispin on October 14, 2025. Unfortunately, the matter had to be adjourned based upon the fact that Judge Martini was forced to schedule a Conference with all parties in another matter that was to be the subject of a Trial before him on November 3, 2025. The Trial was adjourned, and Judge Martini has summoned all counsel and their clients to an all-day day Conference for October 14, 2025. Note that this matter involves at least 15 attorneys and thus the reason for the conference with clients before Judge Martini.

      Please note that we have rescheduled our Mediation for November 17, 2025 before Judge Grispin and will immediately report to you on same once concluded.

      Should you have any questions, please do not hesitate to contact me directly.

                                  Respectfully submitted,

                                  ***/s/ Harry D. Norton, Jr.***

                                  Harry D. Norton, Jr.

HDN/jm
cc: Shelley L. Stangler, Esq.
    *(Via email: [sstangler@starrgern.com & mfigueroa@starrgern.com](mailto:sstangler@starrgern.com))*

PARAMUS, NJ

ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA | MONTANA | NEW JERSEY | NEW YORK
NORTH CAROLINA | OKLAHOMA | SOUTH CAROLINA | TENNESSEE