

| | Harry D. Norton, Jr. | 15 E. Midland Ave. |
| --- | --- | --- |
| | Phone: 201.614.6352 | Suite 3A |
| | hnorton@hallboothsmith.com | Paramus, NJ 07652 |

Office: 201.614.6350
Fax: 201.730.6254
www.hallboothsmith.com

January 15, 2026

Honorable Andre M. Espinosa
United States Magistrate Judge for the District of New Jersey
Martin Luther King Boulevard & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    **Onn Rapeika vs. Borough of Fort Lee, et al**
             **Civil Action No.:**   19-6612-JMV-AME
             **Our File No.:**      13498.0001(HDN)

Dear Judge Espinosa:

    As you know, we represent the defendants with respect to the captioned matter which is currently scheduled for a phone Conference with you on January 20, 2026, at 10:30 AM. If possible, I would respectfully request that the phone Conference be pushed back until noon as I will be in the middle of a Board Meeting at that time which should end at 11:30 AM.

    Please note that I have the consent of my adversary in this request.

                                                    Respectfully submitted,

                                                    ***/s/ Harry D. Norton, Jr.***

                                                    Harry D. Norton, Jr.

HDN:sbp
cc: Shelley L. Stangler, Esq.
     *(Via email: sstangler@themaglionelawfirm.com & mfigueroa@themaglionelawfirm.com)*

PARAMUS, NJ

ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA | MONTANA | NEW JERSEY | NEW YORK
NORTH CAROLINA | OKLAHOMA | SOUTH CAROLINA | TENNESSEE